HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RENNY SALDIVAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>RENNY SALDIVAR,<br><br>*Defendant*. | Case No.  1:15-cr-00249 LJO-SKO<br><br>**STIPULATION TO RESET MOTIONS SCHEDULE; ORDER**<br><br>Date:   January 19, 2016<br>Time:   1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the schedule for filing motions may be modified as follows: defense motion may be filed on December 8, 2015; reply December 22, 2015, and hearing date to be January 19, 2016 at 1:00 p.m.

Defense requests this stipulation due to a recent illness.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

Dated:  December 4, 2015

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                */s/ Kimberly A. Sancez*
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

Dated:  December 4, 2015

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for Defendant
                                RENNY SALDIVAR

## **O R D E R**

IT IS SO ORDERED.

Dated:  **December 7, 2015**                          **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE