HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RENNY SALDIVAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00249 LJO-SKO |
| Plaintiff, | **STIPULATION TO RESET MOTIONS SCHEDULE; ORDER (see time change)** |
| vs. | Date:   June 13, 2016 |
| RENNY SALDIVAR, | Time:   8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the motion hearing on defendant's motion to suppress evidence scheduled for May 23, 2016 be continued to **June 13, 2016 at 8:30 a.m.** and that the government's reply be filed on May 17, 2016.

The parties propose this stipulation because the government needs additional time to reply and the defense will not be available for the current hearing date due to other court appearances, but primarily due to the fact that defense counsel will be filing a brief that day.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

Dated:  May 16, 2016

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Kimberly A. Sanchez*
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Dated:  May 16, 2016

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Victor M. Chavez*
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RENNY SALDIVAR

## **O R D E R**

**Granted, except 10:00 a.m. on the date of the hearing.**

IT IS SO ORDERED.

   Dated:  **May 16, 2016**                           **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE