HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RENNY SALDIVAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00249 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO RESET MOTIONS SCHEDULE; ORDER** |
| vs. | ) ) | |
| RENNY SALDIVAR, | ) ) | Date:   January 17, 2017 Time:  8:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the schedule for filing further motions may be reset as follows:

  Defense files:    December 23, 2016

  Government files:  January 9, 2017

  Hearing / Trial setting: January 17, 2017 at 8:30 a.m.

  The defense proposes this stipulation because counsel needs additional time to prepare any further motions, and will attempt to resolve some issues without necessity of filing motions. Defense counsel has not been able to complete all of the work on this case in part due to two other cases which were reassigned to him, were set for trial and required immediate attention, as well as the press of other casework.

  The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated:  December 8, 2016

        PHILLIP A. TALBERT
        United States Attorney

        */s/ Kimberly A. Sancez*
        KIMBERLY A. SANCHEZ
        Assistant United States Attorney
        Attorney for Plaintiff

Dated:  December 8, 2016

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Victor M. Chavez*
        VICTOR M. CHAVEZ
        Assistant Federal Defender
        Attorney for Defendant
        RENNY SALDIVAR

**O R D E R**

IT IS SO ORDERED.

Dated:  **December 8, 2016**          */s/ Lawrence J. O'Neill*
                                            UNITED STATES CHIEF DISTRICT JUDGE