1    PHILLIP A. TALBERT
     United States Attorney
2    KIMBERLY A. SANCHEZ
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone: (559) 497-4000
     Facsimile:  (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

15   UNITED STATES OF AMERICA,           No.  1:15-CR-00249 LJO-SKO

16                      Plaintiff,

17              v.                        STIPULATION TO SET HEARING ON MOTION
                                          FOR BAIL REVIEW
18   RENNY SALDIVAR,

19                      Defendant.

20

21        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney

22   and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for the defendant,

23   that the hearing on the defendant's motion for bail review now requested 9/25/17 be set for

24   9/27/17 at 2:00 p.m.  Undersigned counsel agreed to the 9/25/17 date, but forgot that she has a

25   hearing in front of the Honorable Lawrence J. O'Neill at 1:00 on 9/25/17 which is likely to take

26   //

27   //

28

                                              1

1  the remainder of the afternoon.  The government contacted defense, and defense does not object

2  to the proposed date.

3

4  Dated: September 18, 2017                              Respectfully submitted,

5                                                        PHILLIP A. TALBERT
                                                         United States Attorney

6                                            By      /s/ Kimberly A. Sanchez
                                                     KIMBERLY A. SANCHEZ
7                                                    Assistant U.S. Attorney

8
   Dated: September 18, 2017                               /s/ Victor Chavez
9                                                      VICTOR CHAVEZ
                                                       Attorney for Defendant
10

11  IT IS SO ORDERED.

12
   Dated:   **September 19, 2017**
13                                          _____
                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28