# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00249-LJO-SKO |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW |
| v. | (ECF No. 51) |
| RENNY SALDIVAR, | |
| Defendant. | |

On September 18, 2017, Defendant Renny Saldivar filed a motion for bail review to modify conditions of release. A hearing on Defendant's motion was held September 27, 2017. Defendant appeared in custody with counsel Victor Chavez. Counsel Kimberly Sanchez appeared for the government. Having considered the moving papers and the arguments presented at the September 27, 2017 hearing the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and danger to the community.

IT IS SO ORDERED.

Dated: **September 27, 2017**

UNITED STATES MAGISTRATE JUDGE