# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RENNY SALDIVAR,<br>        Defendant. | 1:15-cr-00249-LJO<br><br>**ORDER ON DEFENDANT'S FIFTH MOTION FOR DISQUALIFICATION OF COUNSEL; ORDER TAKING MATTER OFF OF THE JANUARY 29, 2018 CALENDAR** |

    The Court has received and reviewed the Defendant's fifth motion to disqualify his counsel. The Court determines that the instant motion has become duplicative and abusive. In motions brought in August 2016, November 2016, April 2017, and July 2017, the same issues were brought, argued and found to have no merit. By bringing the same motion once again, 70 days before the commencement of trial, and two and 1/2 years after the matter was indicted, it appears clear that the Defendant is simply trying to delay the trial.

    The motion is DENIED, both on duplicity of substance and on an abuse of process. The motion is removed from the January 29th calendar.

IT IS SO ORDERED.

    Dated: **January 26, 2018**        /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE