| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, SBN #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
RENNY SALDIVAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00249 LJO-SKO |
| | ) | |
| *Plaintiff*, | ) | **STIPULATION TO SET MOTIONS** |
| | ) | **SCHEDULE; ORDER** |
| vs. | ) | |
| | ) | |
| RENNY SALDIVAR, | ) | Date:   March 12, 2018 |
| | ) | Time:   8:30 a.m. |
| *Defendant*. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the schedule for filing any additional pretrial motions may be set as follows:

| | |
|---|---|
| Defense files: | February 12, 2018 |
| Opposition files: | March 5, 2018 |
| Hearing (if granted by court): | March 12, 2018 at 8:30 a.m. |

Defense has requested this schedule to address some issues that have come up in light of investigation.  The parties have agreed on the above schedule.

//

//

//

//

Dated: February 2, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

Dated: February 2, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
RENNY SALDIVAR

## **O R D E R**

**This request is CONDITIONALLY granted, conditioned on this motions schedule not affecting the set Jury Trial of April 3, 2018.**

IT IS SO ORDERED.

Dated: **February 2, 2018**         /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE