1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,            CASE NO. 1:15-CR-00249 LJO

15                Plaintiff,             STIPULATION TO EXTEND BRIEFING SCHEDULE
                                         ON DEFENDANT'S MOTION FOR
16         v.                            RECONSIDERATION

17 RENNY SALDIVAR,

18                Defendant.

19

20     The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez,

21 Assistant U.S. Attorney, and Victor Chavez, attorney for Defendant have stipulated to an extension of time

22 for the government to file an opposition to the defendant's motion for reconsideration from February 13,

23 2018 until February 23, 2018 and defendant's reply to be set at February 28, 2018. The reason for the

24 request is that the parties are engaged in plea negotiations with defense recently making a proposal the

25                      **[Remainder of page intentionally left blank.]**

26

27

28

      Stipulation                          1

Government is considering and needs additional time to do so.

Dated: February 15, 2018                    Respectfully submitted,

                                                                                    McGREGOR W. SCOTT
                                                                                    United States Attorney

                                                   By    /s/ Kimberly A. Sanchez
                                                                     KIMBERLY A. SANCHEZ
                                                                     Assistant U.S. Attorney

Dated:  February 15, 2018                    /s/ Victor Chavez
                                                                                      VICTOR CHAVEZ
                                                                                      Attorney for Renny Saldivar

It is Ordered that the Government may file its opposition on or before February 23, 2018, and defendant may file any reply on or before February 28, 2018. The hearing will be on March 5, 2018 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **February 15, 2018**            **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES CHIEF DISTRICT JUDGE