1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00249 LJO |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RECONSIDERATION |
| v. | |
| RENNY SALDIVAR, | |
| Defendant. | |

The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Victor Chavez, attorney for Defendant have stipulated to an extension of time for the government to file an opposition to the defendant's motion for reconsideration from February 23, 2018 until March 2, 2018 and defendant will reply, if any, will be made at the hearing. The parties previously stipulated requesting an extension of the briefing schedulebecause the parties are engaged in plea negotiations with defense recently making a proposal the Government is considering and needs additional

**[Remainder of page intentionally left blank.]**

Stipulation                                                1

time to do so. The proposal requires additional approval and the government needs additional time for that to be considered. The government does not anticipate its response to defendant's motion for reconsideration to involve a great deal more briefing than what has already been developed in its previous memorandum and at the previous suppression hearing.

Dated: February 23, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: February 23, 2018

/s/ Victor Chavez
VICTOR CHAVEZ
Attorney for Renny Saldivar

It is Ordered that the Government may file its opposition on or before March 2, 2018, and defendant may reply, if necessary, at the hearing.

IT IS SO ORDERED.

Dated: **February 26, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE