McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RENNY SALDIVAR,<br><br>                Defendant. | No. 1:15-CR-00249 LJO<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO WITHDRAW GUILTY PLEA |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Mark Coleman, attorney for the defendant, that the hearing on defendant's motion to withdraw his guilty plea set for, July 30, 2018, at 10:30 am before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to August 6, 2018 at 10:30 a.m. Government counsel is traveling out of state for a case-related matter Sunday, July 29, returning Tuesday, July 31, 2018. The trip arose on July 26,

**[Remainder of page intentionally left blank.]**

1

2018. Government counsel consulted with defense, who agrees to the request. Should the Court approve of the postponement, the Government also requests an unopposed extension until Thursday, August 2, 2018 to file its response.

Dated: July 26, 2018                                      Respectfully submitted,

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

                                            By     /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

Dated: July 26, 2018                               /s/ Mark Coleman
                                                   MARK COLEMAN
                                                   Attorney for Defendant


IT IS SO ORDERED.

   Dated:   **July 27, 2018**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES CHIEF DISTRICT JUDGE