IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RENNY SALDIVAR,<br><br>　　　　　Defendant. | Case No.: 1:15-CR-00249-001 LJO<br><br>ORDER ASSIGNING DEFENDANT PRO PER STATUS |

Defendant Renny Saldivar has requested to be relieved of appointed counsel and to represent himself in propria persona. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective October 15, 2018:

　　　RENNY SALDIVAR 2223164

　　　MAX-51-106

　　　Kern County Jail

　　　17645 Industrial Road

　　　Bakersfield, CA 93308

2. A copy of this order shall be served on Kern County Jail.

///

///

3. The defendant shall be granted law library access at the Kern County Jail in preparation for sentencing.

4. Sentencing is CONFIRMED for December 10, 2018 at 8:30am.

IT IS SO ORDERED.

Dated: __**October 16, 2018**__       _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE