LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 503.857.0873
Email: jay@jayanelson.com

Attorney for Defendant/Appellant
RENNY SALDIVAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>RENNY SALDIVAR,<br><br>Defendant/Appellant. | USDC Case No. 15 Cr. 249 LJO (SKO)<br>USCA Case No. 18-10493<br><br>ORDER AUTHORIZING ACQUISITION OF SEALED MATERIALS BY APPELLATE COUNSEL |

Based upon the foregoing Stipulation Authorizing Acquisition of Sealed Materials by Appellate Counsel, and for good cause shown, IT IS HEREBY ORDERED that the following materials, which are currently under seal in whole or in part, shall be unsealed for the limited purpose of providing them to Defendant/Appellant Renny Saldivar's counsel of record, Jay A. Nelson, and for no other purpose, by the clerk of the court, probation, and/or court reporter in the above-captioned case:

- Clerk's Record 2, 7, 104, and 107; and
- Transcripts of hearings held 8/29/16, 11/14/16, 4/10/17, and 4/16/18.

IT IS FURTHER ORDERED that the foregoing materials shall be unsealed only for the limited purpose of providing them to attorney Jay A. Nelson, that these materials shall remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals shall be made under seal absent further Court order.

IT IS SO ORDERED.

Dated: **January 28, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE